

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOE HUNSINGER,<br><br>    Plaintiff,<br>v.<br><br>FASHION NOVA, INC.,<br><br>    Defendant. | No. 3:22-cv-00534-L-BN |

### NOTICE OF ACCEPTANCE OF FED. R. CIV. P. 68 OFFER OF JUDGMENT

Defendant Fashion Nova, LLC ("Fashion Nova"), incorrectly identified in the Complaint (ECF 3) as Fashion Nova, Inc., by and through its undersigned counsel, hereby gives notice that, on August 23, 2022, it made an Offer of Judgment pursuant to Fed. R. Civ. P. 68 to Plaintiff. *See* Exh. "1" hereto. On that same day, Plaintiff accepted Fashion Nova's Offer of Judgment. *See* Exh. "2" hereto.

Accordingly, Fashion Nova requests that the Court enter judgment against it in the amount of $4,501, which is inclusive of costs.

Dated: May 24, 2022

            /s/ *Daniel S. Blynn*
            Daniel S. Blynn
            dsblynn@venable.com
            VENABLE LLP
            600 Massachusetts Avenue, NW
            Washington, DC 20001
            Telephone: (202) 344-4000
            Facsimile: (202) 344-8300
            E-mail: dsblynn@venable.com

            *Attorneys for Defendant Fashion Nova, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24h day of May, 2022, I sent a copy of the foregoing Notice of Acceptance of Fed. R. Civ. P. 68 Offer of Judgment via electronic and first-class mail on:

Joe Hunsinger  
721 CF Hawn Freeway  
Dallas, TX 75217  
Email: Joe75217@gmail.com

                                  */s/ Daniel S. Blynn*  
                                  Daniel S. Blynn

# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOE HUNSINGER,<br><br>              Plaintiff,<br>v.<br><br>FASHION NOVA, INC.,<br><br>              Defendant. | No. 3:22-cv-00534-L-BN |

### DEFENDANT'S FED. R. CIV. P. 68 OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Defendant Fashion Nova, LLC ("Fashion Nova"), incorrectly identified in the Complaint (ECF 3) as Fashion Nova, Inc., by and through its undersigned counsel, hereby offers to allow judgment to be entered against it in this action in the amount of $4,501 arising out of the nine marketing text messages Plaintiff claims to have received in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and its technical and procedural regulations, the Texas Business and Commerce Code, and Plaintiff's common law privacy rights as set forth in the Complaint. This Offer is intended to resolve all claims asserted by Plaintiff in his Complaint or that could have been asserted in this action, and encompasses any all damages and recovery sought by Plaintiff. For clarification and avoidance of doubt, this figure is inclusive of any and all possible damages to Plaintiff, as well as all costs.

This Offer of Judgment is made solely for the purposes specified in Fed. R. Civ. P. 68, and in the interest of promoting an early and inexpensive conclusion to this litigation, and to avoid the uncertainty attendant in litigation generally. It is not to be construed either as an admission of liability on the part of Fashion Nova, or as an admission that Plaintiff has sustained any injury or

1

damages. To the contrary, Fashion Nova expressly denies any liability in connection with the matters made the basis of this suit.

Pursuant to Rule 68, if this Offer of Judgment is not accepted within fourteen days, and any judgment finally obtained by Plaintiff against Fashion Nova is not more favorable than this offer, Plaintiff shall be obligated to pay Fashion Nova's costs incurred after the making of this Offer.

Dated: May 23, 2022

/s/ *Daniel S. Blynn*
Daniel S. Blynn (pro hac vice *forthcoming*)
dsblynn@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
E-mail: dsblynn@venable.com

# EXHIBIT 2

**Blynn, Daniel S.**

| | |
|---|---|
| **From:** | Joe Hunsinger <joe75217@gmail.com> |
| **Sent:** | Monday, May 23, 2022 5:19 PM |
| **To:** | Blynn, Daniel S. |
| **Subject:** | Re: Hunsinger v. Fashion Nova |

**Caution: External Email**

Dan,
I read your clients Rule 68 offer in the attachment you sent me.
I accept you clients Rule 68 offer of $4501.
Thanks,
Joe Hunsinger 5-23-2022

1

# VENABLE LLP

600 MASSACHUSETTS AVE., NW  WASHINGTON, DC 20001
T 202.344.4000  F 202.344.8300  www.Venable.com

**Via Overnight Delivery Mail**

May 24, 2022

Clerk
U.S. District Court for the Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

Daniel S. Blynn
T 202.344.4619
F 202.344.8300
dsblynn@venable.com

RECEIVED
MAY 26 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Re: *Hunsinger v. Fashion Nova, Inc.*, No. 3:22-cv-00534-L-BN (N.D. Tex.)

Dear Sir or Madam:

Pursuant to my telephone conversation with your office this morning regarding the proper means for filing, please find enclosed a copy of the Notice of Acceptance of Fed. R. Civ. P. 68 Offer of Judgment for filing in the above-referenced litigation. If you need anything further from me to effectuate this filing, please don't hesitate to call. Thanks in advance.

Sincerely,

Daniel S. Blynn

Enclosure

cc:  Joe Hunsinger (via electronic mail)

Express Pad Pak

DANIEL BLYNN
2023444000
VENABLE LLP
600 MASSACHUSETTS AVE., NW
WASHINGTON DC 20001

LTR          1 OF 1

SHIP TO:
CLERK
2147532200
US DISTRICT COURT FOR THE ND TEXAS
1100 COMMERCE STREET ROOM 1452
DALLAS TX 75242-1310

TX 752 9-33

UPS NEXT DAY AIR                        1
TRACKING #: 1Z E20 847 01 9453 4164

BILLING: P/P

Reference No.1: 138383.561752.DSB04
XOL 22.04.20    NV45 22.0A 05/2022*

RECEIVED
MS

5/24/22, 11:25 AM

PS|Ship - UPS Label

FOLD on this line and place in shipping pouch with bar code and delivery address visible

Visit ups.c