IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOE HUNSINGER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-cv-534-L** |
| | § | |
| **FASHION NOVA, INC.,** | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

The court issues this judgment pursuant to its Order of June 13, 2022, and Defendant's Notice of Acceptance of Fed. R. Civ. P. 68 Offer of Judgment (Doc. 7), filed on May 26, 2022. It is, therefore, **ordered, adjudged, and decreed** that Plaintiff Joe Hunsinger is entitled to and shall recover from Defendant Fashion Nova, LLC the sum of **$4,501**, which includes all court costs. It is further **ordered, adjudged, and decreed** that this action and all claims are dismissed with prejudice; that the parties shall bear their own costs of court; and that all relief not expressly granted herein is **denied.**

**It is so ordered** this 13th day of June, 2022.

_____
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**